IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| KRISTI L. SHELTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:10-CV-89 |
| TECHPACK AMERICA INC. and TINA HODGES, individually, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the "Motion for Summary Judgement" filed by defendant [doc. 16] is **GRANTED IN PART and DENIED IN PART**. The motion is **DENIED** as to plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, that she was not paid for all the overtime that she turned into her supervisor for payment during the time period specified in the memorandum opinion. The motion is **GRANTED** in all other respects. "Plaintiff's Motion to Strike the Affidavit of Tina Hodges and the Inadmissible Exhibits Offered in Support of the Affidavit" [doc. 22] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge